

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2022

No. 04-22-00129-CV

**IN THE INTEREST OF K.S.**, a Child

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 20-08-00147-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellants' parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant father's notice of appeal was filed in the trial court on February 18, 2022 and appellant mother's notice of appeal was filed on February 23, 2022. Neither notice of appeal was forwarded to this court until March 2, 2022. The reporter's record was due on February 28, 2022, ten days after appellant father's notice of appeal was filed in the trial court. The reporter's record has not been filed. We therefore ORDER Patricia Gaddis, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record **within ten (10) days** from the date of this order.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court